DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAYMAN TABIB,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION**, as Trustee, Successor in Interest
to Bank of America, National Association as Trustee as Successor by
Merger to LaSalle Bank, National Association as Trustee for WAMU
Mortgage Pass-Through Certificates Series 2007-HY7 Trust**,**
Appellee.

No. 4D16-3287

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Kathleen D. Ireland, Judge; L.T. Case No. CACE 13-013753 (11).

Yanina Zilberman of Oppenheim Pilelsky, P.A., Weston, for appellant.

Adam Leichtling of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***